

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ALB:OG
F. #2019R01669

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 23, 2020

By ECF

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Michael Warren
                Docket No. 00-CR-1094 (AMD)

Dear Judge Donnelly:

       The government respectfully submits this letter to provide a status report as directed by the Court. The government can confirm at this time that the defendant was not housed in the same housing unit as the inmate that tested positive for COVID-19. The government will provide additional information as it is received.

                              Respectfully submitted,

                              RICHARD P. DONOGHUE
                              United States Attorney

            By:    //Oren Gleich//
                      Oren Gleich
                      Assistant U.S. Attorney
                      (631) 715-7889